UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIO CESAR CABRERA GERON,

Petitioner,

v. Case No.: 2:26-cv-02413-SPC-KRH

WARDEN, GLADES COUNTY DETENTION CENTER,

Respondent.

/

**OPINION AND ORDER**

Before the Court are Julio Cesar Cabrera Geron's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 3), and Cabrera Geron's reply (Doc. 4).

Cabrera Geron is a native of Mexico who entered the United States without inspection about 16 years ago. On May 26, 2026, local police arrested Cabrera Geron during a traffic stop and handed him over to Immigration and Customs Enforcement (ICE). ICE commenced removal proceedings by issuing a notice to appear and determined Cabrera Geron would be detained pending resolution of the removal case. Cabrera Geron requested a custody redetermination.

On July 1, 2026, an immigration judge found that Cabrera Geron failed to demonstrate he does not pose a danger to the community and a risk of flight

and denied release on bond. (Doc. 3-1 at 11). This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Cabrera Geron has appealed the bond decision to the Board of Immigration Appeals, and he does not ask this Court to review it. Rather, he argues his detention is unlawful if the government is detaining him under 8 U.S.C. §§ 1225(b), 1226(c), 1231, or some other provision. However, the government certified it is detaining Cabrera Geron under § 1226(a). Cabrera Geron acknowledges § 1226(a) authorizes his detention and identifies no statutory or constitutional defect that makes his detention unlawful.

Accordingly, Cabrera Geron's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 9, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record